IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY EDWARDS                                                                                    PETITIONER
ADC #112033

v.                                           NO. 5:10cv00287 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition (doc. 2) is denied as untimely, dismissing this action in its entirety with prejudice. Furthermore, a certificate of appealability is denied, as Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 13th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE