IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY EDWARDS                                                    PETITIONER
ADC #112033

v.                          NO. 5:10cv00287 JLH

RAY HOBBS, Director,
Arkansas Department of Correction                           RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

denying this 28 U.S.C. § 2254 petition for writ of habeas corpus and dismissing this action

in its entirety, with prejudice.   Furthermore, a certificate of appealability is denied, as

Petitioner has not made a substantial showing of the denial of a constitutional right.

28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States

District Courts.

IT IS SO ORDERED this 13th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE